# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2013

### NO. 03-13-00306-CR

**Robert Lee Martin, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that the appeal should be dismissed: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appeal is dismissed in accordance with the opinion of this Court; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.